IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIRANDA LEE SHERIDAN,<br><br>Defendant. | CR 10-09-BLG-SPW<br><br>FINDINGS AND<br>RECOMMENDATION |

Before the Court is a petition filed on October 12, 2016, alleging Defendant Miranda Sheridan violated conditions of her supervised release.  By Order issued September 21, 2017, United States District Judge Susan P. Watters referred this matter to me to conduct a revocation hearing, and submit proposed findings and recommendations as to revocation and a recommended disposition.  The Court conducted the hearing on October 24, 2017.

The petition alleges Sheridan committed two violations of her supervised release conditions.  It alleges she admitted to her United States Probation Officer that she used methamphetamine on October 5, 2016, and it alleges that for several weeks prior to October 11, 2016, Sheridan had not been residing at her designated residence and she had not notified her Probation Officer of a change in her

1

residence.  As of October 11, 2016, Defendant's whereabouts were not known.

At the hearing and while under oath, Defendant admitted that she committed the two violations as alleged in the petition.  Therefore, the Court finds the United States has met its burden of proof to establish that Defendant violated conditions of her release.

Having considered the record in this case, and the information and arguments presented at the hearing, Defendant shall be placed in the custody of the United States Marshal for processing on October 24, 2017, and the Marshal shall release Defendant on October 24, 2017, following processing.  And IT IS RECOMMENDED that Defendant's supervised release be REVOKED.  The recommended disposition is that (1) Defendant be sentenced to one day of incarceration, with credit for time served on October 24, 2017; and (2) Defendant's remaining term of supervised release be terminated.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to these Findings and Recommendations within 14 days of the date it is served as indicated on the Notice of Electronic Filing.  The District Judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made, and may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file

written objections may bar a de novo determination by the District Judge, and may

waive the right to appear and allocute before the District Judge.

DATED this 24th day of October, 2017.

Jeremiah C. Lynch
United States Magistrate Judge