IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **MIRANDA LEE SHERIDAN,** **Defendant.** | CR 10-09-BLG-SPW **ORDER** |

On October 24, 2017, United States Magistrate Judge Jeremiah Lynch entered Findings and Recommendations with respect to the October 12, 2016, petition for revocation of Defendant Sheridan's supervised release. (Docs. 37 and 50). Based on the government's evidence in support of and Sheridan's admissions to the alleged violations, Judge Lynch recommends Sheridan's supervised release be revoked and recommends that this Court sentence Sheridan to one day with credit for time served with no supervised release to follow. (Doc. 50 at 2).

A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed.R.Civ.P. 72(b); *see* 28

U.S.C. § 636(b)(1). "The court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Neither party objects to Judge Lynch's Findings and Recommendations. After review, the Court finds that Judge Lynch's Findings and Recommendations are without clear error.

Accordingly, IT IS HEREBY ORDERED that Judge Lynch's Findings and Recommendations (Doc. 50) are ADOPTED IN FULL;

IT IS FURTHER ORDERED that Defendant Sheridan's supervised release is revoked. Judgment will be entered by separate document.

DATED this 14th day of November 2017.

SUSAN P. WATTERS
United States District Judge